Salvatore G. Gangemi (SG-6769)
GANGEMI LAW FIRM, P.C.
82 Wall Street, Suite 300
New York, New York 10005
Telephone:  212-425-0630
Facsimile:   212-425-1421

Attorney for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD THOMPSON,

                  Plaintiff,

-against-

MICHAEL ANTONOFF; DYNAMIC AIR
CONDITIONING CO., INC.; and XYZ
CORPORATIONS 1-10,

                  Defendants.

Civil Action No.:  07 CV 3008 (PKC)

STIPULATION AND ORDER
DISMISSING COUNTERCLAIM
AND STRIKING OF
FIRST AFFIRMATIVE DEFENSE

---

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendants Michael Antonoff ("Antonoff") and Dynamic Air Conditioning Co., Inc. ("Dynamic"), hereby agree to dismiss with prejudice the Counterclaim asserted in their Answer and Counterclaim, dated July 17, 2007 ("Answer"); and

Defendants Antonoff and Dynamic consent to the striking of the "First Affirmative Defense" asserted in their Answer.

0407.001 10581

Dated: New York, New York
August 27, 2007

GANGEMI LAW FIRM, P.C.

By: *[signature]*
Salvatore G. Gangemi (SG 6769)

Attorney for Plaintiff
82 Wall Street – Suite 300
New York, New York 10005
(212) 425-0630

*[signature]*
Domenic J. Mizio (DM    )

Attorney for Michael Antonoff and
Dynamic Air Conditioning Co., Inc.
321 Broadway, 3rd Floor
New York, New York 10007
(212) 962-3638

SO ORDERED: *[signature]* 8-30-07
P. Kevin Castel, U.S.D.J.          Date

0407.001 10581