**DEUTSCH ATKINS, P.C.**
25 Main Street, Suite 104
Hackensack, New Jersey 07601
(201) 498-0900
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTONOFF, DYNAMIC AIR CONDITIONING CO., INC.; and XYZ CORPORATIONS, 1-10,<br><br>Defendants. | Civil Action No.: 07-CV-3008 (PKC)<br><br>SUBSTITUTION OF ATTORNEYS |

IT IS HEREBY STIPULATED AND CONSENTED that Deutsch Atkins, P.C. be substituted as attorneys for Defendants Michael Antonoff and Dynamic Air Conditioning Co., Inc. in the place of Domenic J. Mizio, Esq.

DEUTSCH ATKINS, P.C.

By: Andrew M. Moskowitz
Superseding Attorneys for Plaintiff
25 Main Street, Suite 104
Hackensack, New Jersey 07601
(201) 498-0900

Dated: December 10, 2007

DOMENIC J. MIZIO

By: Domenic J. Mizio
Withdrawing Attorneys for Plaintiff
321 Broadway, 3rd Floor
New York, NY 10007
(212) 962-3638

Dated: December __, 2007

1