**DEUTSCH ATKINS, P.C.**
25 Main Street, Suite 104
Hackensack, New Jersey 07601
(201) 498-0900
Attorneys for Defendants
Michael Antonoff and Dynamic Air Conditioning Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ANTONOFF, DYNAMIC AIR CONDITIONING CO., INC.; and XYZ CORPORATIONS, 1-10,<br><br>    Defendants. | Civil Action No.: 07-CV-3008 (PKC)<br><br>**NOTICE OF APPEARANCE** |

The court is advised that Andrew M. Moskowitz, Esq. of the law firm Deutsch Atkins, P.C. hereby enters his appearance as counsel for Defendants Michael Antonoff and Dynamic Air Conditioning Co., Inc.

                                              Deutsch Atkins, P.C.
                                              Attorneys for Defendants, Michael Antonoff
                                              and Dynamic Air Conditioning Co., Inc.

                                              /s/ Andrew M. Moskowitz
                                              Andrew M. Moskowitz

Dated: December 13, 2007