```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD THOMPSON,

                Plaintiff,

    -against-

MICHAEL ANTONOFF; DYNAMIC AIR
CONDITIONING CO., INC.; and XYZ
CORPORATIONS 1-10,

                Defendants.

Civil Action No.: 07 CV 3008 (PKC)

STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE

---

    Plaintiff Edward Thompson ("Thompson") and defendants Michael Antonoff and Dynamic Air Conditioning Co., Inc. ("Defendants") stipulate and agree, through their respective counsel of record as designated below, that the Complaint in the above-captioned action, together with all of Thompson's claims against Defendants, is dismissed without prejudice in its entirety, without fees and costs to any party as against the other.

GANGEMI LAW FIRM, P.C.
*Attorneys for Plaintiff Edward Thompson*

By: _____    1/11/08
      Salvatore G. Gangemi (SG-6769)       Date

82 Wall Street, Suite 300
New York, NY 10122
(212) 425-0630


DEUTSCH ATKINS, P.C.
*Attorneys for Defendants*

By: _____    1-11-08
      Andrew M. Moskowitz (AM)               Date

25 Main Street, Court Plaza North
Hackensack, NJ 07601
(201) 498-0900


SO ORDERED: _____
              HON. P. KEVIN CASTEL, U.S.D.J.

1-15-08